## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

| | |
|---|---|
| **GEORGE BOYD,** *et al.*, **Individually and on behalf of all others similarly situated,** | * * * * |
| Plaintiff, | * |
| v. | * Civil Action No: 2:13-cv-273-AWA-DEM |
| | * |
| **LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP,** *et al.*, | * * * |
| Defendants. | * |

### JOINT STATUS REPORT

Pursuant to the Court's Order dated June 24, 2013 (ECF No. 29), the parties submit the following joint status report:

The Parties agree this case should be consolidated with *Moore v. Law Offices of Shapiro, Brown & Alt, LLP, et al.,* Civil Action No. 4:11-cv-122-AWA (E.D. Va.) and *Payne v. Law Offices of Shapiro, Brown & Alt, LLP, et al.,* Civil Action No. 4:12-cv-87-AWA (E.D. Va.) for pretrial and settlement purposes.

Dated: July 25, 2013

Respectfully Submitted,

**Law Offices of Shapiro, Brown & Alt, LLP, f/k/a Law Offices of Shapiro & Burson, LLP, and Professional Foreclosure Corporation of Virginia**

By: ___/s/ Ethan G. Ostroff___
     Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462

Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: john.lynch@troutmansanders.com
E-mail: megan.burns@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

*Counsel for Defendants Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia*

**GEORGE BOYD, *et al.*,**
**Individually and on behalf of**
**all others similarly situated,**

By: \_\_\_/s/ Leonard Anthony Bennett\_\_\_\_
 Of Counsel

Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net
Email: srotkis@clalegal.com

Dale Wood Pittman, Esq.
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

Kristi Cahoon Kelly, Esq.
Surovell Isaacs Petersen & Levy PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com

Matthew James Erausquin, Esq.  
Janelle Mason Mikac, Esq.  
Casey Shannon Nash, Esq.  
Consumer Litigation Associates PC  
1800 Diagonal Road, Suite 600  
Alexandria, VA 22314  
703-273-6080  
Fax: 888-892-3512  
Email: matt@clalegal.com  
Email: janelle@clalegal.com  
Email: casey@clalegal.com  

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2013, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing (NEF) to the following:

>Dale Wood Pittman, Esq.
>The Law Office of Dale W. Pittman, P.C.
>112-A W Tabb St
>Petersburg, VA 23803-3212
>(804) 861-6000
>Fax: (804) 861-3368
>Email: dale@pittmanlawoffice.com
>
>Kristi Cahoon Kelly, Esq.
>Surovell Isaacs Petersen & Levy PLC
>4010 University Drive, Suite 200
>Fairfax, VA 22030
>703-277-9774
>Fax: 703-591-9285
>Email: kkelly@siplfirm.com
>
>Leonard Anthony Bennett, Esq.
>Susan Mary Rotkis, Esq.
>Consumer Litigation Associates
>763 J Clyde Morris Boulevard, Suite 1A
>Newport News, VA 23601
>757-930-3660
>Fax: 757-930-3662
>Email: lenbennett@cox.net
>Email: srotkis@clalegal.com
>
>Matthew James Erausquin, Esq.
>Janelle Mason Mikac, Esq.
>Casey Shannon Nash, Esq.
>Consumer Litigation Associates PC
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>703-273-6080
>Fax: 888-892-3512
>Email: matt@clalegal.com
>Email: janelle@clalegal.com
>Email: casey@clalegal.com

By: ___/s/ Ethan G. Ostroff_____
     Of Counsel

John C. Lynch (VSB No. 39267)
Megan E. Burns (VSB 35883)
Ethan G. Ostroff (VSB No. 71610)
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
E-mail: ethan.ostroff@troutmansanders.com

*Counsel for Defendants Shapiro, Brown & Alt, LLP and Professional Foreclosure Corporation of Virginia*

20588967v1